Dale H. Thayer, SBN 46051
Colleen F. Van Egmond, SBN 242220
THAYER HARVEY GREGERSON
HEDBERG & JACKSON
1100 Fourteenth Street, Suite F
Post Office Box 3465
Modesto, California 95354
Telephone:   (209) 523-3300
Facsimile:   (209) 523-3399

Attorneys for: Defendant

George W. Nowell, SBN 83868
LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, California 94104-4322
Telephone:   (415) 362-1333
Facsimile:   (415) 362-1344

Attorney for Plaintiff

THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT BUTLER dba SAN RAFAEL YACHT HARBOR,<br><br>              Plaintiff,<br><br>vs.<br><br>CLARENDON AMERICA INSURANCE COMPANY, and DOES 1 through 50, inclusive,<br><br>              Defendants.<br>_____/ | U.S. District Case No: C 06-3619 MJJ<br><br>(Removed from Superior Court of California, County of Marin, Case No.: CV 060989)<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR Process:

Early Neutral Evaluation.

///

///

-1-

JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER

The parties agree to hold the ADR session within 90 days from the date of the order.

DATED: August 16, 2006.

LAW OFFICES OF GEORGE W. NOWELL

By: /s/ George W. Nowell
George W. Nowell
Attorney for Plaintiff

DATED: August 17, 2006.

THAYER HARVEY GREGERSON HEDBERG & JACKSON

By: /s/ Colleen F. Van Egmond
Colleen F. Van Egmond
Attorneys for Defendants

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to Early Neutral Evaluation.

The deadline in which the parties must hold the ADR session is 90 days from the date of this order.

DATED: 8/21/06

/s/ Martin J. Jenkins
UNITED STATES DISTRICT/MAGISTRATE JUDGE

THAYER HARVEY
GREGERSON HEDBERG
& JACKSON
1100 - 14th Street
Modesto, CA 95353
Tel. (209) 521-1300
Fax (209) 521-3399

-2-

JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER

AUG-16-2006  19:24         4153621344                98%                    P.08

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Thayer, Harvey, Gregerson, Hedberg & Jackson 1100 - 14th Street, Suite F, Modesto, California 95354.

On August 17, 2006, I served the STIPULATION AND (PROPOSED) ORDER SELECTING ADR PROCESS on the parties listed below as follows:

George W. Nowell
Paul Arenas
John Cigavic III
Law Offices of George W. Nowell
120 Montgomery St., Ste. 1990
San Francisco, CA 94104
T: 415-361-1333
F: 415-362-1344

☐ *BY FACSIMILE (FAX)* by personally transmitting a copy thereof via an electronic facsimile machine.

☒ *BY FIRST CLASS MAIL* by placing a true copy thereof in a sealed Envelope with postage thereon fully prepaid and placing the envelope in the firm's daily mail processing center for mailing in the United States mail at Modesto, California.

☐ *BY PERSONAL SERVICE* by causing to be delivered a true copy thereof to the addressee(s) listed herein at the location(s) listed herein via courier.

☐ *BY FEDERAL EXPRESS* or overnight mail.

☐ *(STATE)* I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ *(FEDERAL)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 17, 2006 at Modesto, California.

*/s/ Teri Miller*
TERI MILLER

THAYER HARVEY
GREGERSON HEDBERG
& JACKSON
1100 - 14th Street #F
Modesto, CA 95353
Tel. (209) 523-3300
Fax (209) 523-3399

-1-